**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

JEFF HUANG, JIMMY CHANG, and MITCHELL SKLARE, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

TGC, LLC, GOLFNOW, LLC, and NBCUNIVERSAL MEDIA, LLC d/b/a GOLFPASS,

Defendants.
_______________________________________/

**Civil Action No. 6:24-cv-00270-PGB-LHP**

# [PROPOSED] JOINT STIPULATION GRANTING MOTION TO COMPEL INDIVIDUAL ARBITRATION AND STAYING ACTION PENDING ARBITRATION

Plaintiffs Jeff Huang, Jimmy Chang and Mitchell Sklare (together "Plaintiffs") and Defendants TGC, LLC, GolfNow, LLC, and NBCUniversal Media, LLC d/b/a GolfPass (together "Defendants") (jointly, the "Parties"), by and through their undersigned counsel and pursuant to the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.* ("FAA"), hereby agree to individually arbitrate each Plaintiff's claim against Defendants and ask this Court to stay these proceedings and retain jurisdiction pending such arbitrations.

## **PROCEDURAL HISTORY**

1. On February 6, 2024, Plaintiffs filed the class action Complaint against all Defendants alleging Defendants violated the federal Video Privacy Protection Act, 18 U.S.C. § 2710, by disclosing their identities and the videos they watched on the GolfPass Website to Facebook. *See* Compl. (ECF 1). Plaintiffs allege in the Complaint that they registered for GolfPass Accounts and purchased GolfPass subscriptions. *Id.* ¶¶ 38, 44, 50.

2. On April 2, 2024, Defendants filed a Motion to Compel Arbitration (the "Motion"). ECF 24. In support of the Motion, Defendants attached the arbitration agreements and class action waivers Defendants allege each Plaintiff agreed to when they registered for GolfPass, which Defendants argued require individual arbitration of any claims Plaintiffs have against Defendants. *See* Exs. 4, 5 and 6 to Pugh Decl. in Supp. of Mot. to Compel Arbitration (ECF 24-5 to 24-7).

3. Plaintiffs' response to the Motion is due on May 2, 2024.

4. The Parties have conferred regarding the pending Motion and the relief it seeks and, while Plaintiffs do not concede the merits of the Motion, the Parties agree that each Plaintiff's claims will be arbitrated on an individual basis before the specific arbitration provider identified in the arbitration agreements attached to the Motion or as otherwise agreed to by the Parties.

5. The Parties further agree and request that these proceedings should be stayed pending resolution of such individual arbitrations and that the Court should retain jurisdiction over these proceedings while each Plaintiff's claim is being arbitrated.

6. For these reasons, the Parties request that the Court grant the Motion.

WHEREFORE, the Parties respectfully request this Court grant Defendant's motion to compel, order each Plaintiff to individually arbitrate his claim against Defendants consistent with the Parties' agreements, stay these proceedings pending the completion of such individual arbitrations, retain jurisdiction while the matters are being individually arbitrated, and grant such further relief as the Court deems just and appropriate.

**LOCAL RULE 3.01(g) CERTIFICATION**

Pursuant to Local Rue 3.01(g), the Parties conferred on April 18 and 30, 2024 and agree to the relief requested in this Motion.

Dated: May 2, 2024

Respectfully submitted,

*/s/ Brandon T. Grzandziel*

Brian Levin, Fla. Bar No. 26392
Brandon T. Grzandziel, Fla. Bar No. 58732
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2
Miami, FL 33133
Telephone: (305) 402-9050
Facsimile: (305) 676-4443
brian@levinlawpa.com
brandon@levinlawpa.com

sarah@levinlawpa.com (secondary e-mail address)

-and-

Jeffrey B. Kaplan, Fla Bar No. 39977
DIMOND KAPLAN & ROTHSTEIN, P.A.
2665 South Bayshore Drive, PH2B
Miami, FL 33133
Telephone: (305) 375-1920
Facsimile: (305) 374-1961
jkaplan@dkrpa.com

*Counsel for Plaintiffs*

*<u>/s/ Jeff Landis</u>*
Jeff Landis (*pro hac vice*)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 296-3585
Facsimile: (202) 706-5298
Email: jeff@zwillgen.com

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on May 2, 2024, and will therefore be electronically served on all Parties' counsel of record.

*/s/ Brandon T. Grzandziel*
Brandon T. Grzandziel