**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**JEFF HUANG, JIMMY CHANG and MITCHELL SKLARE,**

**Plaintiffs,**

**v.** **Case No: 6:24-cv-270-PGB-LHP**

**TGC, LLC, GOLFNOW, LLC and NBCUNIVERSAL MEDIA, LLC,**

**Defendants.**

_____________________________/

# ORDER

This cause is before the Court on the parties' Joint Stipulation of Dismissal Without Prejudice, filed December 31, 2024. (Doc. 36). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this filing was self-executing. *See Anago Franchising, Inc. v. Shaz*, 677 F.3d 1272, 1278 (11th Cir. 2012). Plaintiffs' claims against Defendants TGC, LLC; GolfNow, LLC; and NBCUniversal Media, LLC are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on January 2, 2025.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties